1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

8

9  VANTEK, INCORPORATED, a
   Washington corporation,

10         Plaintiff,

11  vs.

12  RAYMOND S. STILLWELL, a
    married person;  GREEN
13  INVESTMENT GROUP, INC.,
    an Illinois corporation;
14  M2GREEN, LLC, a Montana
    limited liability company;
15  M2 GREEN REDEVELOPMENT,
    LLC, an Illinois limited liability
    company; Defendant MARK D.
16  SPIZZO, a married person;
    JOHN DOES and JANE DOES,
17  I through V; and JOHN DOES,
    INC., I through V;

18         Defendants.

NO.

COMPLAINT
(Breach of Contract, Breach of
Fiduciary Duty, and Interference
with Business Expectancy)

[DEMAND FOR JURY TRIAL]

19         Plaintiff  VANTEK,  INCORPORATED  (herein  "VANTEK")  alleges  as

20  follows:

21                    I.  IDENTIFICATION OF PARTIES.

22         1.1     Plaintiff VANTEK, INCORPORATED, is a corporation organized

23

24  VANT005.COM.wpd
    COMPLAINT (Breach of Contract,
    Breach of Fiduciary Duty, and Interference
    with Business Expectancy) - 1

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1    and existing under the laws of the state of Washington with its principal place

2    of business located in Vancouver, Clark County, Washington.

3          1.2    Defendant RAYMOND S. STILLWELL is a married person residing

4    in the state of Illinois and the president and shareholder of Defendant GREEN

5    INVESTMENT GROUP, INC., a member of Defendant M2GREEN, LLC, and a

6    member of Defendant M2 GREEN REDEVELOPMENT, LLC. At all times

7    alleged herein, Defendant STILLWELL acted as an authorized agent and owner

8    of these corporate entities and on behalf of himself. Defendant STILLWELL is

9    also an attorney at law who was licensed to practice law in the state of Illinois

10    from November 27, 1973, through 2010.

11          1.3    Defendant GREEN INVESTMENT GROUP, INC., is a corporation

12    organized and existing under the laws of the state of Illinois with its principal

13    place of business located in Alton, Illinois.

14          1.4    Defendant M2GREEN, LLC, is a limited liability company

15    organized and existing under the laws of the state of Montana with its principal

16    place of business located in Alton, Illinois.

17          1.5    Defendant M2 GREEN REDEVELOPMENT, LLC, is a limited

18    liability company organized and existing under the laws of the state of Illinois

19    with its principal place of business located in Alton, Illinois.

20          1.6    Defendant MARK D. SPIZZO is a married person residing in the

21    state of Illinois and is a shareholder and an officer of Defendant GREEN

22    INVESTMENT GROUP, INC., a member of Defendant M2GREEN, LLC, and a

23

24    VANT005.COM.wpd
      COMPLAINT (Breach of Contract,
      Breach of Fiduciary Duty, and Interference
      with Business Expectancy) - 2

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA 98682
TEL: (360) 694-8488
FAX: (360) 694-8688

1  member of Defendant M2 GREEN REDEVELOPMENT, LLC. At all times

2  alleged herein, Defendant SPIZZO acted as an authorized agent and owner of

3  these corporate entities, on behalf of Defendant STILLWELL, and on behalf of

4  himself.

5       1.7     Defendants JOHN DOES and JANE DOES, I through V, are

6  individuals who are liable to Plaintiff VANTEK, INCORPORATED, for the

7  conduct hereinafter alleged.  However, Plaintiff VANTEK, INCORPORATED,

8  does not currently know the identity of these individuals.

9       1.8     Defendants JOHN DOES, INC., I through V, are corporate entities

10  which are liable to Plaintiff VANTEK, INCORPORATED, for the conduct

11  hereinafter alleged.  However, Plaintiff VANTEK, INCORPORATED, does not

12  currently know the identity of these corporate entities.

13                          II.  JURISDICTION.

14       2.1     Plaintiff VANTEK, INCORPORATED, and all of the defendants are

15  citizens of different states and the amount in controversy exceeds $75,000.00.

16  This court has diversity jurisdiction pursuant to 28 U. S. C. A. § 1332(a)(1).

17       2.2     This court has personal jurisdiction over all of the defendants

18  because all of them have conducted business within the state of Washington,

19  have consented to jurisdiction in this court, and/or have engaged in business or

20  tortious transactions which have damaged a resident of this state.

21                             III.  VENUE.

22       3.1     Venue is proper in this judicial district pursuant to 28 U. S. C. A.

23

24  VANT005.COM.wpd
    COMPLAINT (Breach of Contract,
    Breach of Fiduciary Duty, and Interference
    with Business Expectancy) - 3

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1  § 1391(a)(2) or (3) because a substantial part of the events or omissions giving

2  rise to the claims occurred and one or more of the defendants are subject to

3  personal jurisdiction at the time this action is commenced.

4  IV.  FACTS.

5  4.1  On or about May 12, 2009, Plaintiff VANTEK and Defendant

6  GREEN INVESTMENT GROUP, INC., (herein "Defendant GIGI") entered into

7  a partnership agreement (herein "the Partnership Agreement") in which the

8  parties agreed to place their money, efforts, labor, and skill in subsequent

9  business ventures  and to divide the expenses and profits thereof.  Attached

10  hereto as Exhibit "A" is a true and accurate copy of this Partnership Agreement.

11  4.2  Pursuant to the Partnership Agreement, Plaintiff VANTEK

12  contracted to introduce "properties and business opportunities" and generally

13  "shut down pulp and paper mills" to Defendant GIGI and Defendant GIGI agreed

14  to provide the "technology and a track record of developing similar sites."   In

15  addition, Plaintiff VANTEK and Defendant GIGI agreed to "work together on

16  these sites as 50% - 50% partners[.]"  The Partnership Agreement contemplated

17  the formation of another entity or entities "to own and develop said property(ies)"

18  with Plaintiff VANTEK and Defendant GIGI "each owning 50% and of said

19  property(ies) unless otherwise agreed between the parties."

20  4.3  The Partnership Agreement by its terms provided for the

21  transaction to be governed by the laws of the state of Washington and subject

22  to the exclusive jurisdiction of Washington courts.  At all times material to the

23

24  VANT005.COM.wpd
COMPLAINT (Breach of Contract,
Breach of Fiduciary Duty, and Interference
with Business Expectancy) - 4

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1   claims herein, Plaintiff VANTEK's principal place of business was located in

2   Clark County, Washington, and within the judicial district of the Western District

3   of Washington.

4        4.4    On or about November 19, 2009, and pursuant to the terms of the

5   Agreement, Defendant RAYMOND S. STILLWELL (herein "Defendant

6   STILLWELL") incorporated VanGreen, LLC, in the state of Colorado.  Attached

7   hereto as Exhibit "B" is a true copy fo the Articles of Organization filed with the

8   Colorado Secretary of State.  Plaintiff VANTEK, a Washington corporation, and

9   Defendant GIGI, an Illinois corporation, were the two members of VanGreen,

10  LLC.   At all material times alleged herein, Defendant STILLWELL and

11  Defendant SPIZZO knew that Plaintiff VANTEK's principal offices were located

12  in the state of Washington.

13       4.5    In or about January 2010, and pursuant to the Partnership

14  Agreement, Plaintiff VANTEK introduced Defendant STILLWELL, Defendant

15  SPIZZO, and Defendant GIGI to a project known as the Smurfit-Stone paper mill

16  (herein "the Smurfit-Stone Paper Mill") in the Frenchtown area of Missoula,

17  Montana. The Smurfit-Stone Paper Mill was a shut down pulp and paper mill.

18  In January 2011, and pursuant to the Partnership Agreement, Plaintiff VANTEK

19  reintroduced the defendants to this project.  In an e-mail dated January 14,

20  2011, Shelina Nelson, vice-president of Vantek, notified Defendant STILLWELL

21  and Defendant GIGI that a prior group's offer for the Smurfit-Stone Paper Mill

22  "is going down the drain rapidly" and indicated that Plaintiff VANTEK hoped that

23

24  VANT005.COM.wpd
    COMPLAINT (Breach of Contract,
    Breach of Fiduciary Duty, and Interference
    with Business Expectancy) - 5

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1  "we can move forward on this project through your group, and wonder if there's

2  been any progress on your end in this regard."  A true copy of this e-mail dated

3  January 14, 2011, is attached hereto as Exhibit "C."

4      4.6    Defendant STILLWELL. Defendant SPIZZO, and Defendant GIGI,

5  as required by the Partnership Agreement on behalf of Plaintiff VANTEK and

6  VanGreen, LLC, commenced negotiations with Smurfit-Stone Container

7  Corporation for the purchase of the Smurfit-Stone Paper Mill and seeking out

8  potential lending sources for the purchase of the project.   During these

9  negotiations, Defendant STILLWELL, Defendant SPIZZO, and Defendant GIGI

10  kept Plaintiff VANTEK apprized as to the status of the lending opportunities and

11  purchase aspects of this transactions and sent multiple e-mails to Plaintiff

12  VANTEK's offices in the state of Washington.   On February 13, 2011,

13  Defendant STILLWELL sent an e-mail to Plaintiff VANTEK which stated: "Then,

14  once we get past the LOI [letter of intent] to the PSA [purchase and sale

15  agreement], the terms of the partnership or structure of the purchase . . . can

16  be determined."  A true copy of this e-mail dated February 13, 2011, is attached

17  hereto as Exhibit "D."

18      4.7    On February 14, 2011, Defendant STILLWELL notified the parties

19  via e-mail that the transaction was expected to close on March 31, 2011, for a

20  purchase price of $18 million.   In the same e-mail, Defendant STILLWELL

21  stated:

22      [T]he purchaser is a consortium including VanGreen, LLC, and

23

24  VANT005.COM.wpd
COMPLAINT (Breach of Contract,
Breach of Fiduciary Duty, and Interference
with Business Expectancy) - 6

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL: (360) 694-8488
FAX: (360) 694-8688

Independence, that will connect the proof of funds letter to the LOI, which will be in the name of the "partnership" entity between Vantek and Green Investment Group.  VanGreen, LLC, is a Colorado limited liability corporation formed over a year ago by Gordon [Cassie, president of Vantek] and us for deals where we wold be working together.

A true copy of this e-mail dated February 14, 2011, is attached hereto as Exhibit "E."

4.8    For approximately eighteen (18) months, Plaintiff VANTEK spent considerable time, effort and cost in having its employees researching the Smurfit-Stone Mill by engaging in the following actions in furtherance of this transaction:  researching the site, meeting with potential sellers, making endless phone calls, sending numerous e-mails, providing specific information to Defendant STILLWELL, Defendant SPIZZO and Defendant GIGI including, without limitation, biographical data on seller, time lines, pricing, financial and terms of payment, introducing and reintroducing these defendants to the parties related to this project, informing them that the site was available for sale, communicating with the commercial broker to obtain relevant information, keeping them abreast of other offers for the project, immediately notifying them when the site actually became available to the parties, searching for potential financing partners, and communicating with and vetting potential financing partners.

4.9    On or about March 7, 2011, Defendant STILLWELL had a lengthy telephone conversation with Shelina Nelson, vice-president of Plaintiff VANTEK,

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1   in which he informed Nelson that he and Defendant SPIZZO has submitted a

2   revised Purchase and Sale Agreement for the owners of the Smurfit-Stone Mill

3   using the name of Defendant GIGI instead of VanGreen, LLC.  He assured

4   Nelson that this entity was used to take advantage of the current awareness that

5   people have of Green Investment Group in the Missoula, Montana, area.  He

6   assured her: "It makes no difference to Vantek's agreement with VanGreen and

7   Green Investment Group."

8       4.10   In April 2011, Nelson again telephoned Defendant STILLWELL

9   indicating that Plaintiff VANTEK has heard that the transaction to purchase the

10  Smurfit-Stone Paper Mill would close on April 29, 2011, through a different

11  buyer.  Defendant STILLWELL represented to Nelson that he had performed

12  some additional research, had several additional discussions with the

13  representatives of the Smurfit-Stone Paper Mill, and had reached the

14  conclusions that this situation was "messy" so he was not now interested in

15  purchasing the site.

16      4.11   Plaintiff VANTEK received no further communications from

17  Defendant STILLWELL or Defendant GIGI, but later learned through the media

18  on or about May 5, 2011, and other sources that Defendant STILLWELL,

19  Defendant SPIZZO, and Defendant GIGI formed two other entities to take title

20  to and consummate the purchase of the Smurfit-Stone  Paper Mill.

21      4.12   Instead of allowing Plaintiff VANTEK to participate in this

22  transaction, Defendant STILLWELL and Defendant SPIZZO incorporated a

23

24  VANT005.COM.wpd
    COMPLAINT (Breach of Contract,
    Breach of Fiduciary Duty, and Interference
    with Business Expectancy) - 8

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1    limited liability company, Defendant M2GREEN, LLC, in the state of Montana

2    on March 29, 2011, to purchase the Smurfit-Stone Paper Mill and incorporated

3    a different limited liability company, Defendant M2 GREEN REDEVELOPMENT,

4    LLC, on April 22, 2011, in the state of Illinois to hold title to and manage the

5    Smurfit-Stone Mill.

6         4.13    Defendant STILLWELL and Defendant SPIZZO diverted this

7    business opportunity from Plaintiff VANTEK and/or VanGreen, LLC, to

8    Defendant M2GREEN, LLC, and M2 GREEN REDEVELOPMENT, LLC.

9                        V.  <u>CAUSES OF ACTION</u>.

10   <u>**CAUSE OF ACTION NO. 1: BREACH OF CONTRACT**</u>
     **(Against Defendant Green Investment Group, Inc.)**

11

12        5.1    Plaintiff VANTEK realleges and reasserts the allegations set forth

13   in paragraphs 1.1 through 4.13 above.

14        5.2    Plaintiff VANTEK and Defendant GIGI entered into a Partnership

15   Agreement dated May 12, 2009, in which Plaintiff VANTEK would introduce

16   business opportunities in the form of shut down pulp and paper mills to

17   Defendant GIGI and Defendant GIGI would furnish the technology and obtain

18   the lending necessary to purchase and develop similar site.

19        5.3    Plaintiff VANTEK  introduced the Smurfit-Stone Paper Mill to

20   Defendant GIGI and has performed all of the conditions precedent to its

21   obligations under the Agreement dated May 12, 2011.

22        5.4    Defendant GIGI has breached this Agreement in at least one or

23

24   VANT005.COM.wpd
     COMPLAINT (Breach of Contract,
     Breach of Fiduciary Duty, and Interference
     with Business Expectancy) - 9

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1   more of the following ways:  (a)  failing to permit the entity formed by Plaintiff

2   VANTEK and Defendant GIGI known as VanGreen, LLC, to participate in the

3   ownership and development of the Smurfit-Stone Mill; (b) by failing to permit

4   Plaintiff VANTEK to participate in the ownership of the entities subsequently

5   formed, e.g., Defendant M2GREEN, LLC, and Defendant M2 GREEN

6   REDEVELOPMENT, LLC, to hold ownership of and develop the Smurfit-Stone

7   Paper Mill; and/or (c) to allow Plaintiff VANTEK to work together as 50% - 50%

8   partners with it on the Smurfit-Stone Paper Mill project.

9        5.5    By reason of this breach of contract, Plaintiff VANTEK has been

10   damaged in amount in excess of $75,000.00 and in an exact amount to be

11   proven at trial.

12   **CAUSE OF ACTION NO. 2: BREACH OF FIDUCIARY DUTY**
**(Against Defendant Green Investment Group, Inc.,**
13   **Defendant Stillwell, Defendant Spizzo, Defendant M2Green, LLC,**
**and Defendant M2 Green Redevelopment, Inc.)**

14        5.6    Plaintiff VANTEK realleges and reasserts the allegations set forth

15   in paragraphs 1.1 through 5.5 above.

16
17        5.7    Defendant GIGI, Defendant STILLWELL, Defendant SPIZZO,

Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT,

18   LLC, possessed fiduciary duties to Plaintiff VANTEK by reason of their status

19   as partners, expected partners, or principals of partnership entities in the

20   Smurfit-Stone Paper Mill project including, without limitation, the duty of loyalty,

21   the duty of care, and the obligation of good faith and fair dealing.

22
23
24   VANT005.COM.wpd
COMPLAINT (Breach of Contract,
Breach of Fiduciary Duty, and Interference
with Business Expectancy) - 10

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

5.8     The fiduciary duties of Defendant GIGI, Defendant STILLWELL, Defendant SPIZZO, Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT, LLC, included, without limitation, a trustee-level responsibility for partnership assets held  and a constructive trust on those who hold the assets, an obligation to refrain from usurping partnership opportunities, a prohibition against direct competition with the partnership, and an obligation to avoid conflict-of-interest transactions and circumstances.

5.9     Defendant GIGI, Defendant STILLWELL, Defendant SPIZZO, Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT, LLC, breached their fiduciary duties to Plaintiff VANTEK by engaging in, without limitation, the following actions:  (a) by  diverting the partnership opportunity of the Smurfit-Stone Paper Mill from Plaintiff VANTEK into other entities owned by Defendant SPIZZO and Defendant STILLWELL (e.g., Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT, LLC); (b) by misrepresenting their disinterest in this opportunity in order to purchase the Smurfit-Stone Paper Mill for themselves and their separate corporate entities; and/or (c) by engaging in other conduct to be determined through additional discovery.

5.10    By reason of this breach of fiduciary duties, Plaintiff VANTEK has been damaged in amount in excess of $75,000.00 and in an exact amount to be proven at trial.

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL: (360) 694-8488
FAX: (360) 694-8688

**CAUSE OF ACTION NO. 3 INTERFERENCE
WITH BUSINESS EXPECTANCY**
**(Against Defendant Stillwell, Defendant Spizzo,
Defendant M2Green, LLC, Defendant M2 Green, Defendant
John Does and Jane Does, I through V, and Defendant
John Does, Inc., I through V)**

5.11    Plaintiff VANTEK realleges and reasserts the allegations set forth in paragraphs 1.1 through 5.10 above.

5.12    Defendant STILLWELL and Defendant SPIZZO individually and as agents and principals of Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT, INC., knew that Plaintiff VANTEK has a valid contractual and business expectancy in participating in the Smurfit-Stone Mill project pursuant to the Partnership Agreement.

5.13    Defendant STILLWELL and Defendant SPIZZO individually and as agents and principals of Defendant M2GREEN, LLC, Defendant M2 GREEN REDEVELOPMENT, INC., and Defendant GIGI intentionally interfered with Plaintiff VANTEK's expectancy by diverting this business expectancy of the Smurfit-Stone Paper Mill to Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT, INC., and by cutting out the participation of Plaintiff VANTEK, to enrich their own opportunities and deceive Plaintiff VAN TEK.

5.14    Defendant STILLWELL, Defendant SPIZZO, Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT, INC. interfered with Plaintiff VANTEK's expectancy for improper means and used

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL:  (360) 694-8488
FAX:  (360) 694-8688

1    improper means in accomplishing this interference.

2        5.15   As a result of this interference with business expectancy, Plaintiff

3    has been damaged in amount in excess of $75,000.00 and in an exact amount

4    to be proven at trial.

5                        VI.  PRAYER FOR RELIEF.

6        WHEREFORE, Plaintiff VANTEK, INCORPORATED, prays the court for

7    judgment as follows:

8        1.    The entry of judgment in excess of $75,000 and in an exact

9    amount to be proven at trial against Defendant GREEN INVESTMENT GROUP,

10   INC., for breach of contract;

11       2.    The entry of judgment in  excess of $75,000 and in an exact

12   amount to be proven at trial against Defendant GREEN INVESTMENT GROUP,

13   INC., Defendant RAYMOND S. SPILLWELL, Defendant MARK D. SPIZZO,

14   Defendant M2GREEN, LLC, and Defendant M2 GREEN REDEVELOPMENT,

15   LLC,  for the breach of fiduciary duties;

16       3.    The entry of judgment in excess of $75,000 and in an exact

17   amount to be proven at trial against Defendant GREEN INVESTMENT GROUP,

18   INC., Defendant RAYMOND S. SPILLWELL, Defendant MARK D. SPIZZO,

19   Defendant M2GREEN, LLC, Defendant M2 GREEN REDEVELOPMENT, LLC,

20   Defendants JOHN DOES and JANE DOES, I through V, and Defendant JOHN

21   DOES, I through V, for interference with Plaintiff VANTEK's business

22   expectancy; and

23

24   VANT005.COM.wpd
     COMPLAINT (Breach of Contract,
     Breach of Fiduciary Duty, and Interference
     with Business Expectancy) - 13

Grant & Elcock, PLLC
Attorneys and Counselors at Law
Heritage Plaza, Suite 104
15640 NE Fourth Plain Blvd.
Vancouver, WA  98682
TEL: (360) 694-8488
FAX: (360) 694-8688

1          4.     The entry of such other relief as the court deems just and

2   equitable in favor of Plaintiff VANTEK, INCORPORATED.

3          DATED:  June 20, 2011.

4

5                                        /s/  Donald G. Grant
                                         DONALD G. GRANT, WSBA#15480
6
                                         Grant & Elcock, PLLC
7                                        Heritage Plaza, Suite 104
                                         15640 NE Fourth Plain Blvd.
8                                        Vancouver, WA 98682
                                         TEL:  (360) 694-8488
9                                        FAX:  (360) 694-8688
                                         E-MAIL:  don@grantandelcock.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23
    VANT005.COM.wpd                                      Grant & Elcock, PLLC
                                                     Attorneys and Counselors at Law
24  COMPLAINT (Breach of Contract,                      Heritage Plaza, Suite 104
    Breach of Fiduciary Duty, and Interference          15640 NE Fourth Plain Blvd.
    with Business Expectancy) - 14                       Vancouver, WA  98682
                                                          TEL:  (360) 694-8488
                                                          FAX:  (360) 694-8688